WILLIAM E. WOOLLARD, Respondent, *v.* SCHAFFER STORES COMPANY, INC., Appellant.

Argued June 4, 1940; decided July 24, 1940.

*I. Maurice Wormser* and *Harry M. Schaffer* for appellant.

*Ernest B. Morris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.